UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL, Jr., | No. 2:20-cv-01340 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. ECF No. 20. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////
////
////
////
////
////

Petitioner has also requested an extension of time to file a reply to respondent's opposition to petitioner's motion to strike. ECF No. 19. The court will grant petitioner's request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 20) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's request for an extension of time (ECF No. 19) is granted; and

3. Petitioner shall file a reply within thirty days from the date of this order.

Dated: October 27, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2